UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:94-CR-119-LDG |
| vs. | ) |
| DONTRELL MAURICE CARTER, | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#221) on May 17, 2016. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: HARRAHS HOTEL AND CASINO
Amount of Restitution: $97,040.00

**Total Amount of Restitution ordered:  $97,040.00**\*\*
\*\*Joint and Several with co-defendants

Dated this _2nd_ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE